IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATE FIRE INSURANCE COMPANY, INC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. CIV-17-796-D |
| MARCIANO VILLARRUEL, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO DISMISS DEFENDANT

This matter comes before the Court on Defendant Marciano Villarruel's Motion to Dismiss Defendant Tiffany Charles From Action [Doc. No. 33]. No party has filed a response within the time period set by LCvR7.1(g), and the Court deems the Motion confessed. Further, an examination of the court record in Defendant Tiffany Charles' bankruptcy case, *In re Watson-Charles*, No. 14-11981, Pet. (Bankr. W.D. Okla. May 12, 2014), confirms that her debts to Plaintiff and Defendant Marciano Villarruel d/b/a 3B Bail Bonds were discharged under Chapter 7 of the Bankruptcy Code on September 11, 2014. Accordingly, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the action against Defendant Tiffany Charles is dismissed with prejudice.

IT IS SO ORDERED this 13th day of April, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE